**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION**

Civil Case No.: 9:16-cv-80099-MIDDLEBROOKS/BRANNON

| | |
|---|---|
| JOEL MEDGEBOW, as an individual and on behalf of all others similarly situated, | : : : |
| *Plaintiff,* | : : |
| *vs.* | : : : |
| LEGAL TAX DEFENSE LLC, a California limited liability company, and FREEDOM TAX DEFENSE, LLC, a California limited liability company, | : : : : : |
| *Defendants.* | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, individually, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses his individual claims in the above-captioned action with prejudice.

Respectfully submitted this 2nd day of March, 2016.

Dated: March 2, 2016

**Respectfully Submitted By,**

*/s/   Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.
Fla. Bar. No.: 0067926
Michael J. Pascucci, Esq.
Fla. Bar. No.: 83397
**EGGNATZ, LOPATIN & PASCUCCI, LLP**
5400 S. University Drive, Ste. 413
Davie, FL 33328
Tel:    (954) 889-3359
Fax:    (954) 889-5913
jeggnatz@ELPLawyers.com
mpascucci@ELPLawyers.com

Steven R. Jaffe (Fla. Bar No. 390770)

Seth M. Lehrman (Fla. Bar No. 132896)
**FARMER, JAFFE, WEISSING,**
**EDWARDS, FISTOS & LEHRMAN, P.L.**
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Tel: (954) 524-2820
Fax: (954) 524-2822
steve@pathtojustice.com
seth@pathtojustice.com

*Attorneys for Plaintiff and the putative Class*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Joshua H. Eggnatz*
Joshua H Eggnatz, Esq.