UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80099-CIV-MIDDLEBROOKS

JOEL MEDGEBOW,

    Plaintiff,

v.

LEGAL TAX DEFENSE LLC, a California limited liability company, and FREEDOM TAX DEFENSE, LLC, a California limited liability company,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Stipulation of Dismissal With Prejudice (DE 17), filed on March 3, 2016. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served an answer or a motion for summary judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this **CASE**. All pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 3rd day of March, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record